UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA CAPITAL INSURANCE COMPANY,

    Plaintiff,

v.

A.O. SMITH CORPORATION, et al.,

    Defendants.

Case No. 15-cv-02377-HSG

**SCHEDULING ORDER**

A case management conference was held on August 11, 2015. Consistent with the Court's order at the case management conference, the following deadlines are set:

| Event | Deadline |
|---|---|
| Last Day to Amend Pleadings | Nov. 01, 2015 |
| Close of Fact Discovery | Feb. 19, 2016 |
| Disclosure of Expert Witnesses | Feb. 26, 2016 |
| Disclose of Rebuttal Expert Witnesses | Mar. 18, 2016 |
| Close of Expert Discovery | Apr. 01, 2016 |
| Dispositive Motions Filing Deadline | Apr. 14, 2016 |
| Dispositive Motion Hearing Date | May 19, 2016 |
| Pretrial Conference | Aug. 02, 2016 |
| Trial | Aug. 15, 2016 |

These dates may only be altered by order of the Court and only upon a showing of good cause.

**IT IS SO ORDERED.**

Dated: 10/8/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge