Peter Dubrawski (Bar No. 65677)
  *pdubrawski@hbblaw.com*
Krsto Mijanovic (Bar No. 205060)
  *kmijanovic@hbblaw.com*
Stephen J. Squillario (Bar No. 257781)
  *ssquillario@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
Three Embarcadero Center, Suite 200
San Francisco, California 94111
Telephone:  415.546.7500
Facsimile:  415.546.7505

Attorneys for Defendants
A.O. SMITH CORPORATION and BROAN-NUTONE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA CAPITAL INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>       v.<br><br>A.O. SMITH CORPORATION; BROAN-NUTONE LLC; AND DOES 1-20,<br><br>              Defendants. | Case No. 15-cv-02377-HSG<br><br>**ORDER RE AMENDED STIPULATION OF PARTIES RE PROTECTIVE ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Amended Stipulation of the Parties re Protective Order, as submitted by Plaintiff California Capital Insurance Company and Defendants A.O. Smith Corporation and Broan-Nutone LLC, by and through their respective counsel of record, is GRANTED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  December 3, 2015

*/s/ Haywood S. Gilliam Jr.*
Haywood S. Gilliam Jr.
Judge, United States District Court

BM07-0000114
11784808.1                    1
[PROPOSED] ORDER RE STIPULATION OF PARTIES RE PROTECTIVE ORDER