Peter Dubrawski (Bar No. 65677)
 *pdubrawski@hbblaw.com*
Krsto Mijanovic (Bar No. 205060)
 *kmijanovic@hbblaw.com*
Stephen J. Squillario (Bar No. 257781)
 *ssquillario@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
Three Embarcadero Center, Suite 200
San Francisco, California 94111
Telephone:  415.546.7500
Facsimile:  415.546.7505

Attorneys for Defendants
A.O. SMITH CORPORATION and BROAN-NUTONE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA CAPITAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>A.O. SMITH CORPORATION; BROAN-NUTONE LLC; AND DOES 1-20,<br><br>        Defendants. | Case No. 15-cv-02377-HSG<br><br>**ORDER RE:  PARTIES' STIPULATION AND REQUEST RE: SCHEDULING ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Parties' Stipulation and Request re: Scheduling Order, as submitted by Plaintiff California Capital Insurance Company and Defendants A.O. Smith Corporation and Broan-Nutone LLC, by and through their respective counsel of record, is GRANTED. The Scheduling Order is revised as follows:

| | |
|---|---|
| Mediation Deadline: | August 15, 2016 |
| Close of Fact Discovery: | August 12, 2016 |
| Disclosure of Expert Witnesses: | August 19, 2016 |
| Disclosure of Rebuttal Witnesses: | September 2, 2016 |
| Close of Expert Discovery: | September 16, 2016 |
| Dispositive Motion Filing Deadline: | August 31, 2016 |
| Dispositive Motion Hearing Date: | October 14, 2016 |
| Pretrial Conference: | November 1, 2016 |
| Trial: | November 14, 2016 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/5/2016

_____
Haywood S. Gilliam Jr.
United States District Court



DENIED
Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.