Eric M. Schroeder (SB#153521)
Amanda R. Stevens (SB#252350)
**SCHROEDER LOSCOTOFF LLP**
2945 Ramco Street, Suite 110
West Sacramento, CA 95691
Telephone: (916) 438-8300
Facsimile: (916) 438-8306
Email:  emschroeder@calsubro.com
        astevens@calsubro.com

Attorneys for Plaintiff
CALIFORNIA CAPITAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA CAPITAL INSURANCE COMPANY,<br><br>                  Plaintiff,<br><br>       vs.<br><br>A.O. SMITH CORPORATION; BROAN-NUTONE LLC and DOES 1 TO 20<br><br>                  Defendants. | **Case No. 15-CV-02377-HSG**<br><br>[PROPOSED] **ORDER RE:  PARTIES' STIPULATED MOTION REQUESTING PERMISSION TO FILE AN AMENDED COMPLAINT AND REQUESTING REMAND**<br><br>Action Filed:     April 14, 2015<br>Trial Date:        September 19, 2016 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Parties' Stipulated Motion Requesting Permission to File an Amended Complaint and Requesting Remand, as submitted by Plaintiff California Capital Insurance Company ("Plaintiff") and Defendants A.O. Smith Corporation and Broan-Nutone LLC , by and through their respective counsel of record, is GRANTED.  Based on a showing of good cause, the Plaintiff is granted leave to file the Amended Complaint attached to the Stipulated Motion as Exhibit A.  Plaintiff is directed to file such Amended Complaint by April 1, 2016, at which point this action will be remanded to Napa County Superior Court due to a lack of diversity.

**IT IS SO ORDERED.**

Dated: _____March 25, 2016_____

**HAYWOOD S. GILLIAM JR.**
Judge, United States District Court